**Denied and Opinion Filed November 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01306-CV**

**IN RE CHARLES J. JAYROE, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55128-2013**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Relator, who is proceeding pro se, filed a November 8, 2024 petition for writ of mandamus asking this Court to compel the trial court to promptly review all pending motions, conduct an expedited hearing on a motion for contempt, dismiss or strike an Order of Enforcement by Contempt and Suspension of Sentence against relator, ensure that all motions and requests are promptly presented to the judge for immediate review, expand the scope of relator's counsel's representation, and modify relator's visitation with his child.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(g), (h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a).

Because relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief, we deny the petition.

Additionally, relator's separately filed record discloses unredacted sensitive data, including a minor's full name, birthdate, and address, in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's separately filed record.

241306f.p05

/Craig Smith//
CRAIG SMITH
JUSTICE